# IN THE SUPREME COURT OF THE STATE OF NEVADA

GOLDEN GATE PETROLEUM OF NEVADA, LLC, A NEVADA LIMITED LIABILITY COMPANY,

Appellant/Cross-Respondent,

vs.

MRB HOLDINGS CORPORATION, A CALIFORNIA CORPORATION; AND SANJAY LILLANEY,

Respondents/Cross-Appellants.

No. 67771

**FILED**

MAR 0 9 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL AND CROSS-APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal and cross-appeal are dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc: Hon. Scott N. Freeman, District Judge
Lansford Levitt, Settlement Judge
Parsons Behle & Latimer/Reno
McDonald Carano Wilson LLP/Reno
Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(0)-1947

16-07545